IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTOPHER SCRIBER                                                                PLAINTIFF

V.                                      3:14-cv-00305-JTK

CAROLYN W. COLVIN, *Acting Commissioner*,                          DEFENDANT
Social Security Administration

## ORDER

Plaintiff filed this motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Doc. No. 18.) In his motion, Plaintiff requests $3,375.05 in fees and expenses. The Commissioner has no objection. (Doc. No. 20.) After careful consideration, the Plaintiff's motion is granted.

EAJA fees are payable to Plaintiff, not Plaintiff's attorney, and such fees are subject to an offset when Plaintiff has outstanding federal debts. *See Astrue v. Ratliff*, 560 U.S. 586 (2010). Therefore, subject to any offset, payment by check to the order of Plaintiff, in care of his attorney, will issue to Plaintiff's attorney.

IT IS THEREFORE ORDERED that Plaintiff's motion for attorney's fees (Doc. No. 18) is granted. Plaintiff is awarded $3,375.05.

IT IS SO ORDERED this 16th day of December 2015.

_____
United States Magistrate Judge